**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARRIE SMITH and AMANDA JONES, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No. 7:23-cv-09834<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

  Plaintiffs Carrie Smith and Amanda Jones voluntarily dismiss their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 21, 2024             Respectfully submitted,

                    **BURSOR & FISHER, P.A.**

                    By:  */s/ Julian C. Diamond*
                       Julian C. Diamond

                    Alec Leslie
                    Julian C. Diamond
                    1330 Avenue of the Americas, 32nd Floor
                    New York, New York 10019
                    Telephone: (646) 837-7150
                    Facsimile: (212) 989-9163
                    E-Mail: aleslie@bursor.com
                         jdiamond@bursor.com

                    *Attorneys for Plaintiffs*